IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSEMARIE D'ALTO,

    Plaintiff,

vs.                                                         Civ. No. 01-561 LH/WWD ACE

CHARLES FENZI, M.D.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

        This matter comes before the Court upon Defendant Fenzi's Motion to Modify Subpoena to Eastern New Mexico Medical Center (Docket No. 25) filed January 22, 2002. The subpoena is modified so as to eliminate any documents that reflect the deliberations of the credentialing committees of the hospital. However, the documents communicated to Dr. Fenzi which granted hospital privileges to Dr. Fenzi shall be produced in response to the subpoena.

    **IT IS SO ORDERED**.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE